RECEIVED
OFFICE OF THE CLERK
U.S. COURT OF APPEALS
PUBLIC INFORMATION UNIT
2014 NOV 25 PM 2: 25

NOV 05 2014

FILED
DOCKETED _____ DATE _____ INITIAL

FILED
2014 NOV 25 P 4:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Crystal Howery

        Plaintiff,

vs.

The Boeing Company

        Defendant.

COA 14-35959

CASE NO. 14-1978 VC

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Crystal Howery, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?      Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  __1700/mnth_____ __2013_____

3  _____

4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7   a.  Business, Profession or        Yes ___ No ✓
8       self employment?

9   b.  Income from stocks, bonds,     Yes ___ No ✓
10      or royalties?

11  c.  Rent payments?                 Yes ___ No ✓

12  d.  Pensions, annuities, or        Yes ___ No ✓
13      life insurance payments?

14  e.  Federal or State welfare payments,   Yes ✓ No ___
15      Social Security or other govern-
16      ment source?  Unemployment

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 __Unemployment   1001/month_____

20 _____

21 3.   Are you married?                Yes ✓ No ___
22 Spouse's Full Name: __Alan Hadg_____
23 Spouse's Place of Employment: __Boeing_____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $ __Unknown__   Net $ __Unknown__
26 4.   a.   List amount you contribute to your spouse's support: $ __0__
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

-2-

1     children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4   5.   Do you own or are you buying a home?     Yes ___ No ✓

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.   Do you own an automobile?     Yes ✓ No ___

7   Make **Toyota** Year **1996** Model **Camry**

8   Is it financed? Yes ___ No ✓ If so, Total due: $_____

9   Monthly Payment: $ **∅**

10   7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

11   Name(s) and address(es) of bank: **SF Credit Union**

12 _____

13   Present balance(s): $ **$10**

14   Do you own any cash? Yes ✓ No ___ Amount: $ **$20**

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16   market value.)     Yes ___ No ___

17 _____

18   8.   What are your monthly expenses?

19   Rent: $ **840**     Utilities: **∅**

20   Food: $ **161**     Clothing: **∅**

21   Charge Accounts: **N/A**

22   Name of Account     Monthly Payment     Total Owed on This Account

23 _____ $_____ $_____

24 _____ $_____ $_____

25 _____ $_____ $_____

26   9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable. Do not include account numbers.)

28   **approx $15,000 medical expenses (approximately)**

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

11/5/14

DATE

SIGNATURE OF APPLICANT