FILED

DEC 03 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CRYSTAL HOWERY,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>THE BOEING COMPANY,<br><br>      Defendant - Appellee. | No. 14-35959<br><br>D.C. No. 2:14-cv-01555-RSM<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: GOODWIN, RAWLINSON, and IKUTA, Circuit Judges.

    A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See Nascimento v. Dummer*, 508 F.3d 905, 908 (9th Cir. 2007) (transfer order not directly appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

    All pending motions are denied as moot.

**DISMISSED.**

MF/Pro Se