UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 29 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CRYSTAL HOWERY,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>THE BOEING COMPANY,<br><br>   Defendant - Appellee. | No. 14-35959<br><br>D.C. No. 2:14-cv-01555-RSM<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

  The judgment of this Court, entered December 03, 2014, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:
            Molly C. Dwyer
            Clerk of Court

            Jessica F. Flores
            Deputy Clerk